## CASE NO D-1-GN-25-006792

| | | |
|---|---|---|
| **JENNIFER FERRELL BRANTLEY,** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MELISSA JONES-WOMMACK,** | § | **TRAVIS COUNTY, TEXAS** |
| **in her official capacity, and** | § | |
| **DR. MICHAEL SCOTT** | § | |
| **WOLFORD,** | § | |
| **in his official capacity,** | § | |
| *Defendants.* | § | **201st JUDICIAL DISTRICT** |
| | § | |

## ORDER GRANTING DEFENDANTS' PLEA TO THE JURISDICTION

On this day there was presented to the Court the Plea to the Jurisdiction filed by Defendants Melissa Jones-Wommack, in her official capacity, and Dr. Michael Scott Wolford, in his official capacity. The Court, having reviewed the pleadings, the law, and arguments of all parties, enters the following order:

IT IS **ORDERED** that Defendants' Plea to the Jurisdiction is **GRANTED**.

Plaintiff's claims against Defendants Melissa Jones-Wommack, in her official capacity, and Dr. Michael Scott Wolford, in his official capacity, are hereby **DISMISSED**.

SIGNED this 18th day of December, 2025.

_____
HONORABLE JUDGE PRESIDING
Don Burgess